AO 91 (Rev. 11/11) Criminal Complaint AUSA Tobara S. Richardson (312) 769-6305

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JABARI R. DEAN | CASE NUMBER:<br><br>**15 CR 699**<br><br>**MAGISTRATE JUDGE COX** |

FILED
NOV 3 0 2015
11-30-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 28, 2015, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | transmitting in interstate commerce communications containing a threat to injure the person of another |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

_____
SEAN BURKE
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: November 30, 2015 _____
 *Judge's signature*

City and state: Chicago, Illinois SUSAN E. COX, U.S. Magistrate Judge
 *Printed name and Title*

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS | ss

## AFFIDAVIT

I, SEAN BURKE, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately 14 years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that JABARI R. DEAN has violated Title 18, United States Code, Section 875(c), by transmitting in interstate commerce communications containing a threat to injure the person of another. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging DEAN with the offense alleged herein, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge acquired through my participation in this investigation, information provided to me by other law enforcement agents who have knowledge of the events and circumstances described herein, my review of information provided by service providers, and a conversation with DEAN.

## INVESTIGATION

4. On or about November 29, 2015, FBI received a call to its public access hotline, reporting a threat to shoot students at a local university. According to FBI personnel who took the call, the caller stated that he/she had seen a threatening comment posted to the website, Social Media Site A. The caller reported having seen the threatening comment the previous day, November 28, 2015. The caller explained that the threatening comment had been posted in response to a video clip. The caller took a screenshot of the posted comment and provided that screenshot to the FBI.

5. As a result of the above information, I reviewed Social Media Website A. Based on that review, I determined that the website permits internet users to post videos, audio clips, and comments concerning such things as music, pop culture, and current events. According to my review of Social Media Site A, I determined that the users of the website use accounts, through which they are able to post their videos, clips, and comments. The users' accounts have profile pictures and profile names associated with their accounts, which are then displayed next to the video, audio clip, or comment posted by the user. The videos, audio clips, and comments can be viewed by users throughout the world.

6. At the time of my review of Social Media Site A, which was November 29, 2015, I was unable to find the threatening communication described by the hotline caller.

7. However, I reviewed the screenshot of the threatening communication that was provided to FBI by the hotline caller. The profile name associated with the comment was the initials, "JRD," and the profile picture depicted the Chicago Bulls logo. The comment read:

> This is my only warning. At 10 a.m. on Monday mourning (sic) I am going to the campus quad of the University of Chicago. I will be armed with a M-4 Carbine and 2 Desert Eagles all fully loaded. I will execute aproximately (sic) 16 white male students and or staff, which is the same number of time (sic) Mcdonald (sic) was killed. I then will die killing any number of white policemen that I can in the process. This is not a joke. I am to do my part to rid the world of the white devils. I expect you to do the same....

8. As a result of the above, FBI personnel obtained subscriber information from the service provider who is responsible for maintaining the accounts by which the comments are posted on Social Media Site A. The service provider is based in California. Based on that information obtained from the service provider, I learned that the subscriber for the account "JRD," is email address jabaridean@gmail.com. A review of that account history also revealed that user JRD had posted comments on the website on November 28, 2015, at approximately the same time that the hotline caller reported having seen the threatening communication.

9. As a result of the email address, "jabaridean," I conducted a search for the name JABARI DEAN in online sources and law enforcement databases. Based on that review, I determined that a JABARI R. DEAN lived in the Chicagoland

3

area. I reviewed an identification photograph for JABARI R. DEAN and then went to the address associated with DEAN in law enforcement databases.

10. Upon arrival at the address associated with DEAN, I was greeted by DEAN who confirmed his identity and granted permission to enter the residence. At that point, DEAN agreed to talk to myself and other FBI agents. I showed DEAN the screenshot of the threatening post. DEAN admitted that he posted the threat and stated that he posted the comment from a phone he used in his residence in Chicago, Illinois. DEAN further stated that he took the threatening comment down shortly after posting it.

## CONCLUSION

11. Based on the foregoing facts, I believe there is probable cause to believe that on November 28, 2015, JABARI R. DEAN, transmitted in interstate commerce communications containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

FURTHER AFFIANT SAYETH NOT.

_____
SEAN BURKE
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on November 30, 2015.

_____
SUSAN E. COX
United States Magistrate Judge