

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 2 4 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JABARI R. DEAN

No. 15 CR 699

Violation: Title 18, United States Code, Section 875(c)

JUDGE BLAKEY

MAGISTRATE JUDGE COX

The UNITED STATES ATTORNEY charges:

On or about November 28, 2015, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JABARI R. DEAN,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, students, staff, and law enforcement officers at University A, by posting an internet communication from Chicago, Illinois, to a server located in San Francisco, California;

In violation of Title 18, United States Code, Section 875(c).


UNITED STATES ATTORNEY